PEOPLE *v* CAVER. Appeal from Recorder's Court of Detroit, Robert L. Evans, J. Submitted Division 1 January 10, 1972, at Detroit. (Docket No. 11861.) Decided February 21, 1972. Leave to appeal denied, 388 Mich 767.

*Frank J. Kelley*, Attorney General, *Robert A. Derengoski*, Solicitor General, *William L. Cahalan*, Prosecuting Attorney, *Dominick R. Carnovale*, Chief, Appellate Department, and *Thomas P. Smith*, Assistant Prosecuting Attorney, for the people.

*Samuel A. Turner*, for defendant on appeal.

Before: V. J. BRENNAN, P. J., and J. H. GILLIS and VAN VALKENBURG, JJ.

MEMORANDUM OPINION. Defendant Caver was convicted of breaking and entering a building with intent to commit larceny, MCLA 750.110; MSA 28.305, was sentenced to four to ten years in prison, and now appeals.

An examination of the record and briefs discloses no prejudicial error.

Affirmed.

PEOPLE *v* FULLER. Appeal from Recorder's Court of Detroit, Geraldine Bledsoe Ford, J. Submitted Division 1 January 11, 1972, at Grand Rapids. (Docket No. 11888). Decided February 21, 1972.

*Frank J. Kelley*, Attorney General, *Robert A. Derengoski*, Solicitor General, *William L. Cahalan*, Prosecuting Attorney, *Dominick R. Carnovale*, Chief, Appellate Department, and *Arthur N. Bishop*, Assistant Prosecuting Attorney, for the people.

*Carl Ziemba*, for defendant on appeal.

Before: FITZGERALD, P. J., and R. B. BURNS and HOLBROOK, JJ.

MEMORANDUM OPINION. Defendant was convicted on plea of guilty of assault with intent to rob while armed, and appeals. The people have filed a motion to affirm.

Upon examination of the brief and record, it is manifest that the question sought to be reviewed is so unsubstantial as to need no argument or formal submission.

Motion to affirm granted.